```
 1  SHELDON MAK & ANDERSON PC
    Jeffrey G. Sheldon (State Bar No. 67516)
 2  jgsheldon@usip.com
    William D. Bowen (State Bar No. 254398)
 3  william.bowen@usip.com
    100 East Corson Street, Third Floor
 4  Pasadena, California  91103-3842
    Telephone: (626) 796-4000
 5  Facsimile: (626) 795-6321

 6  Attorneys for Plaintiff San Antonio Winery, Inc.
```

FILED
2012 AUG 16  PM 12:07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN ANTONIO WINERY, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>ANHEUSER-BUSCH, LLC, a Missouri limited liability company, and DOES 1 - 10, Inclusive,<br><br>Defendant. | Case No. CV12-7067-MMM (JC)<br><br>**COMPLAINT FOR DECLARATORY RELIEF** |

Plaintiff San Antonio Winery, Inc., through its attorneys Sheldon Mak & Anderson, alleges as follows:

## PARTIES

1. Plaintiff San Antonio Winery, Inc. ("Plaintiff" or "San Antonio") is a corporation duly organized and existing under the laws of the State of California and having its principal place of business at 737 Lamar Street, Los Angeles, California 90031.

2. On information and belief, defendant Anheuser-Busch, LLC ("Defendant" or "Anheuser-Busch") is a limited liability company organized and existing under the laws of Missouri and having its principal place of business at One Busch Place, St. Louis, Missouri 63118.

## JURISDICTION AND VENUE

3. This court has jurisdiction over this matter under 28 U.S.C. §§ 1338, 2201 and 2202 in that this is an action for a declaratory judgment that Plaintiff does not infringe Anheuser-Busch's trademarks identified below. As detailed below, Anheuser-Busch is contending there is a likelihood of confusion between the use of one of Plaintiff's marks and a design used by Anheuser-Busch.

4. Venue is proper in this court under 28 U.S.C. § 1391(b) in that a substantial part of the events giving rise to the within claims occurred in this judicial district.

## THE PLAINTIFF'S TRADEMARK

5. Plaintiff San Antonio is a family-owned corporation that is engaged in, among other things, the production, sale and distribution of wines. San Antonio has been in business since 1953 and, over the years, its wines have won numerous wine competition awards.

6. San Antonio is the owner of the trademark BOW TIE (the "BOW TIE Word Mark"). San Antonio commenced using the BOW TIE Word Mark in the United States in 2012 in connection with the sale and offer for sale of wines, and continues to do so.

7. The BOW TIE Word Mark is the subject of U.S. Trademark Application Serial No. 85/481,228 (the "'258 Application"). The '258 Application was filed in the U.S. Patent and Trademark Office ("PTO") on an intent-to-use basis on November 28, 2011 and published for opposition on May 8, 2012.

8. At all times relevant to the acts complained of herein, San Antonio has used the BOW TIE Word Mark to identify its goods and services and to distinguish them from the goods and services made and sold or offered by others by, among other things, prominently displaying the mark on labels physically affixed to its BOW TIE wines. A photograph depicting San Antonio's BOW TIE wine is attached to this Complaint as Exhibit "A". San Antonio also uses the slogan on its web site "Bow Tie – the best dressed wine in the class." ("Bow Tie Slogan").

9. The presence of the BOW TIE Word Mark on the product and on advertising for that product and the use of the Bow Tie Slogan indicate to the public that goods provided under the BOW TIE Word Mark originate with, or are provided by, San Antonio. San Antonio adheres to strict quality standards in the manufacture of its wines.

## DEFENDANT'S THREATS AND ALLEGATIONS

10. On information and belief, defendant Anheuser-Busch is engaged in the production, sale and distribution of beers. On further information and belief, one of the beers that Anheuser-Busch produces is a beer that is distributed and sold in the United States and in this judicial district under the name BUDWEISER.

11.     On August 8, 2012, Anheuser-Busch caused its counsel to send a letter (the "August 8 Letter") to San Antonio on Anheuser-Busch's behalf. In the August 8 Letter, Anheuser-Busch contended: (i) that it has been promoting and selling beer in the United States under the mark BUDWEISER for many decades, (ii) that it owns U.S. Trademark Registration Nos. 1,544,754 (the "'754 Registration"), 1,544,768 (the "'768 Registration"), and 3,241,389 (the "'389 Registration") for design marks that allegedly depict bow ties (collectively, the "Budweiser Design Marks"), and (iii) that there is a likelihood of consumer confusion, mistake, or deception between San Antonio's BOW TIE Word Mark and the Budweiser Design Marks.

12.     In the August 8 Letter, Anheuser-Busch also demanded that San Antonio abandon the '258 Application and forever refrain from using the BOW TIE Word Mark going forward.

## FIRST CLAIM FOR RELIEF

### (Against Defendant for Declaration of Non-Infringement of Trademark and No Unfair Competition, 28 U.S.C. §§ 2201 and 2202)

13.     Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1-12, above, as though fully set forth herein.

14.     There is presently a dispute between San Antonio and Defendant regarding the parties' rights in their respective marks.

15.     Defendant, on the one hand, contends that Anheuser-Busch owns rights in and to the Budweiser Design Marks, and that San Antonio's use of the BOW TIE Word Mark is likely to cause consumer confusion, mistake, or deception with their marks. San Antonio, on the other hand, contends that its use of the BOW TIE Word Mark will not cause consumers to be confused or deceived into believing that San Antonio's BOW TIE wine comes from Anheuser-Busch or

that San Antonio's BOW TIE wine is affiliated with, connected with or sponsored or licensed by Anheuser-Busch.

16. San Antonio disputes Defendant's contentions and contends that its use of the BOW TIE Mark in connection with the production, promotion and sale of wine is not likely to cause consumer confusion, and does not infringe any valid, enforceable trademark rights of Anheuser-Busch or constitute unfair competition under any federal or state trademark or unfair competition laws.

17. Based upon the foregoing, pursuant to 28 U.S.C. §§ 2201 and 2202, San Antonio is entitled to a judicial declaration as to whether its use of the BOW TIE Word Mark or the Bow Tie Slogan (i) infringes any valid rights of Anheuser-Busch in its Budweiser Design Marks, or (ii) constitutes unfair competition.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

1. That the Court declare that San Antonio has not infringed any valid, protectable trademark rights of Anheuser-Busch or of any of the other Defendants;

2. That the Court declare that San Antonio's use of the BOW TIE Word Mark and Bow Tie Slogan in connection with the production, promotion and sale of wine does not constitute unfair competition;

3. For attorney's fees pursuant to 15 U.S.C. § 1117(a);

///
///
///
///
///
///

1     4.     For costs of suit; and

2     5.     For such other and further relief as the Court deems just and proper.

Dated: August 16, 2012         SHELDON MAK & ANDERSON PC

By: _____
      William D. Bowen
      Jeffrey G. Sheldon

Attorneys for Plaintiff SAN ANTONIO WINERY, INC.



Name & Address:
SHELDON MAK & ANDERSON PC
Jeffrey G. Sheldon (State Bar No. 67516)
William D. Bowen (State Bar No. 254398)
100 East Corson Street, Third Floor
Pasadena, California 91103-3842

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN ANTONIO WINERY, INC, a California corporation<br><br>PLAINTIFF(S)<br>v.<br>ANHEUSER-BUSCH, LLC, a Missouri Limited Liability Company, and DOES 1-10, Inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV12-7067-mmm(TC x)**<br><br>SUMMONS |

TO: DEFENDANT(S): ANHEUSER-BUSCH, LLC, a Missouri Limited Liability Company, and DOES 1-1

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __William D. Bowen__, whose address is __100 Corson St, 3rd Floor, Los Angeles, CA 91103__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __AUG 1 6 2012__   By: __MARILYN DAVIS__
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)   SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SAN ANTONIO WINERY, INC, a California corporation

**DEFENDANTS**
ANHEUSER-BUSCH, LLC, a Missouri limited liability company, and DOES 1-10, Inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Sheldon Mak & Anderson
William D. Bowen (Bar No. 254398)
100 East Corson Street, Third Floor, Pasadena, California 91103-3842

**Attorneys** (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §§ 1338, 2201 and 220, Declaratory Relief

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV12-7067**

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                CIVIL COVER SHEET                Page 1 of 2


**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No   ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☒ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
  ☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
  ☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | St. Louis County, Missouri |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _/s/_____   Date August 16, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

### CV12- 7067 MMM (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY